UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: 11-42651-T
Gallatin, Jeffrey Hon. Thomas J. Tucker
Chapter 7
 Debtor
_____/

ORDER AUTHORIZING TRUSTEE TO EMPLOY REAL ESTATE BROKER

This matter having come on to be heard upon the Application for Authority to Employ and the Court having reviewed it and being otherwise fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that Douglas S. Ellmann is hereby authorized and empowered to employ, Collieers International as Real Estate Broker in the above entitled case;

IT IS FURTHER ORDERED AND ADJUDGED that all fees awarded to the professional(s) for the Trustee are subject to the approval of the Court.

.

**Signed on June 14, 2011**

　　　　　　　　　　　　　　　　　　　　　　　／s／ Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　　　Thomas J. Tucker
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge